# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH BOWES, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>SAINT XAVIER UNIVERSITY,<br><br>   Defendant. | Case No. 1:24-cv-11388 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Joseph Bowes ("Plaintiff"), by and through his undersigned counsel, hereby voluntarily dismisses this action against Defendant Saint Xavier University without prejudice.

Dated: November 26, 2024      Respectfully submitted,

                 */s/ Gary M. Klinger*
                 Gary M. Klinger
                 **MILBERG COLEMAN BRYSON**
                 **PHILLIPS GROSSMAN PLLC**
                 227 W. Monroe Street, Suite 2100
                 Chicago, IL 60606
                 Phone: (866) 252-0878
                 Email: gklinger@milberg.com

                 *Counsel for Plaintiff*